# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

In Re:                                              Case No. 25-31186

Jared Bell
                                                    Chapter 7

Debtor                                              Judge Tyson A. Crist

---

**MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY LOCATED AT 1465 HARTWOOD DR, CINCINNATI, OH 45240**

---

Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company ('Movant'), by and through its counsel, moves this Court under §362 and other sections of the Bankruptcy Code for an order terminating the automatic stay imposed by §362 of the Bankruptcy Code with respect to certain real property owned by the Debtor in which Movant has a security interest.  In support of this Motion, Movant states as follows:

## MEMORANDUM

1.  On June 23, 2025, Jared Bell ('Debtor') filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2.  Prior to the filing of the petition, Movant was granted a security interest in certain real property owned by the Debtor.  The Mortgage Lien is in the real property located at 1465 Hartwood Dr, Cincinnati, OH 45240.

3.  The Mortgage was recorded with the Hamilton County Recorder's Office.

Except with respect to the real estate taxes and assessments, the Mortgage Lien is the first lien on the Real Property.

5.  As of August 12, 2025, the Debtor has failed to make six (6) regular monthly mortgage payments and are now due for March 1, 2025 through August 1, 2025.

6. As of August 12, 2025, the Debtor is indebted to Movant in the principal balance of $246,718.51, plus interest, late fees, expenses and other charges.

7. Pursuant to the Debtor's Schedule A/B, the property is valued at $251,000.00.

8. In the event the Order granting this Motion for Relief from Stay is entered, the provisions of Bankruptcy Rule 4001(a)(4) shall be waived and said Order shall be effective immediately.

9. The Movant is entitled to relief from stay for these reasons:

    a. As of August 12, 2025, Debtor is delinquent in direct payments in the amount of $11,164.42, which includes the monthly payments for March 1, 2025 through April 1, 2024 in the amount of $1,903.83 each and the payments due for May 1, 2025 through August 1, 2025, in the amount of $1,839.19 each, plus interest, late fees, expenses and other charges.

    b. The rights and interest of the Movant are not being protected.

11. This motion does not affect the rights of the Chapter 7 Trustee.

12. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

WHEREFORE, Movant prays for an Order from the Court granting Movant relief from the automatic stay of §362 of the Bankruptcy Code to permit Movant to proceed with its State Law rights and for such other further relief to which the Movant may be entitled.

    Respectfully Submitted,

    /s/ Dylan Dean Smith
    Dylan Dean Smith (0100430)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Movant

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion was served **electronically** on August 21, 2025 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on August 21, 2025 addressed to:

    Jared Bell, Debtor
    3195 Woodhaven Dr.
    Franklin, OH 45005

    Erin Bell, Non-filing Co-Debtor
    3195 Woodhaven Dr.
    Franklin, OH 45005

    /s/ Dylan Dean Smith
    Dylan Dean Smith (0100430)
    Attorney for Movant