# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br><br>Jared Bell<br><br><br>Debtors. | Case No.: 25-31186<br>Chapter 7<br><br><br>JUDGE CRIST |

### MOTION TO DELAY DISCHARGE TO SUBMIT AGREED SETTLEMENT ENTRY

Now come the Debtor, Jared Bell, by and through counsel, and hereby moves the Court to extend the deadline in order to file to submit an Agreed Settlement Entry with Creditor Justin Boggs.

The parties have multiple bankruptcy and non-bankruptcy claim against each and have reached a tentative settlement resolving all of their claim. The parties require additional time to submit an agreed entry resolving said claims.

WHEREFORE, the Debtors request an additional (30) thirty days in which to obtain an agreed entry and postpone issuance of the discharge.

Respectfully submitted by:

**COPE LAW OFFICES, LLC**

_/s/__Adam James Stout, Esq._____
Russ B. Cope (0083845)
Adam James Stout, Esq. (0080334)
Attorney for Debtors
6826 Loop Road
Dayton, Ohio 45459
T. (937) 401-5000
F. (877) 845-1231
adam@copelawoffices.com

## **NOTICE OF MOTION**

The Debtor has filed a MOTION TO DELAY DISCHARGE TO SUBMIT AGREED SETTLEMENT ENTRY in this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty- one (21) days from the date set forth in the certificate of service for this motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk**,** U.S. Bankruptcy Court**,** Southern District of Ohio**,** Dayton Office**,** 120 West Third Street**,** Dayton, Ohio 45402 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Russ B. Cope, Adam James Stout, Attorney for Debtor, 6826 Loop Road, Centerville, Ohio 45459
U.S. Trustee, 170 N. High St., Suite 200, Columbus, Ohio 43215
Patricia Friesinger, Trustee, 33 W. First Street, Suite 200, Dayton, Ohio 45402
Jared Bell, 3195 Woodhaven Dr., Franklin , Ohio 45005

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Extend Deadline was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by ordinary U.S. Mail on September 29, 2025 to:

- Justin Boggs 1465 Hartwood Drive, Cincinnati, OH 45240
- U.S. Trustee, 170 N. High St., Suite 200, Columbus, Ohio 43215
- Patricia Friesinger, Trustee, 33 W. First Street, Suite 200, Dayton, Ohio 45402
- ALL CREDITORS AND PARTIES IN INTEREST SHOWN ON EXHIBIT 1 – CREDITOR MATRIX

    /s/  Adam James Stout, Esq.
Adam James Stout, Esq.