**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE: Jared Bell | Case No.:  25-31186 |
| | Chapter 7 |
| Debtor. | |
| | JUDGE CRIST |

**NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT (DOC. #13)**

Now come the Debtor, Jared Bell, by and through counsel and pursuant to 11 U.S.C. §524(c)(4), hereby rescind the Reaffirmation Agreement with Community Bank, N.A. document #13, filed on July 18, 2025.

Respectfully submitted by:

**COPE LAW OFFICES, LLC**

 /s/   Russ B. Cope
Russ B. Cope (0083845)
Attorney for Debtor
6826 Loop Road
Dayton, Ohio 45459
T. (937) 401-5000
F. (877) 845-1231
russ@copelawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Rescission was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by regular and certified mail on October 8, 2025 to:

Community Bank, N.A.
C/O Betsy Taylor
P.O. Box 509
Canton, NY 13617

Jared Bell
3195 Woodhaven Drive
Franklin, OH 45005

Community Bank, N.A.
C/O Eric S. Holsky
5790 Widewaters Parkway #170
Syracuse, NY 13214

/s/ Russ B. Cope, Esq.
Russ B Cope, Esq

###