**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE: | Case No.: 25-31186 |
| | Chapter 7 |
| Jared Bell | |
| | JUDGE TYSON CRIST |
| Debtor. | |

---

**WITH DRAWAL OF MOTION TO DELAY DISCHARGE (DOC #25)**

---

Now comes debtors, Jared Bell, and hereby withdraws the Motion to Delay Discharge (Doc #25) previously filed on September 29, 2025.

Respectfully submitted by:

**COPE LAW OFFICES, LLC**
 /s/  Russ B. Cope
Russ B. Cope (0083845)
Attorney for Debtor
6826 Loop Road
Dayton, Ohio 45459
T. (937) 401-5000
F. (877) 845-1231
russ@copelawoffices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a copy of the foregoing Withdrawal of the Chapter 13 Plan was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

      Patricia Friesinger
      Office of The United States Trustee

and on the following by ordinary U.S. Mail addressed to:

      Jared Bell, 1465 Hartwood Drive, Cincinnati, OH 45240

                             /s/ Russ B. Cope___
                             Russ B Cope, Esq.

###